# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| TANYA KHURSANOVA, | ) | Case No. 1-12-bk-42000 |
|  | ) |  |
| Debtor(s) | ) |  |
|  | ) |  |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Capital Retail Bank (PAYPAL SMART CONNECT [Last four digit of account:7780]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

   GE Capital Retail Bank
   c/o Recovery Management Systems Corp.
   25 SE 2nd Avenue, Suite 1120
   Miami, FL 33131-1605
   Attn: Ramesh Singh
   Telephone: (305) 379-7674
   Facsimile: (305) 374-8113
   E-mail: claims@recoverycorp.com

Dated: Miami, Florida
April 23, 2012

                                            By: /s/ Ramesh Singh

                                            Ramesh Singh
                                            c/o Recovery Management Systems Corp.
                                            Financial Controller
                                            25 SE 2nd Avenue, Suite 1120
                                            Miami, FL 33131-1605
                                            (305) 379-7674

Assignee Creditor: PAYPAL SMART CONNECT [Last four digit of account:7780]